# United States Court of Appeals
# for the Fifth Circuit

_____

No. 24-30090

CONSOLIDATED WITH

No. 24-30129

_____

United States Court of Appeals
Fifth Circuit

**FILED**

August 19, 2024

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

LYNN D. CAWTHORNE,

*Defendant—Appellant*.

_____

Appeals from the United States District Court
for the Western District of Louisiana
USDC Nos. 5:19-CR-393-1, 5:18-CR-107-1

_____

Before GRAVES, WILLETT, AND WILSON, *Circuit Judges*.

PER CURIAM:[*]

In these consolidated appeals, Lynn D. Cawthorne, federal prisoner # 20593-035, appeals the district court's denial of a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) based on Amendment 821 to the Sentencing Guidelines. The district court's order denied sentence reductions for Cawthorne's convictions, in separate criminal cases, of wire

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

24-30090
c/w No. 24-30129

fraud and aiding and abetting in making and subscribing a false return, for which he was sentenced to 46 months of imprisonment and 36 months of imprisonment, respectively, to be served concurrently.

On August 6, 2024, before this case was decided, Cawthorne was released from federal custody. As a result, his consolidated appeals of the denial of a § 3582(c)(2) sentence reduction, which implicated only his term of imprisonment, are DISMISSED as moot. *See United States v. Booker*, 645 F.3d 328, 328 (5th Cir. 2011). Counsel's motion for leave to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), is DENIED as unnecessary.